UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MARCIA BENNETT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:10-cv-01492-JMS-TAB |
| | ) |
| INDIANA BLACK EXPO, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER

The Court has been advised by counsel that a settlement has been reached in this action. Therefore, any pending motions are denied as moot, and all previously ordered dates relating to discovery, filings, schedules, conferences and trial, if any, are vacated. Parties shall file a stipulation of dismissal within 30 days.

Dated: 08/17/2011

_____

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to:

Robert M. Kelso
KIGHTLINGER & GRAY
rkelso@k-glaw.com

Aubrey Graham Kuchar
KIGHTLINGER & GRAY
akuchar@k-glaw.com

Barry A. Macey
MACEY SWANSON AND ALLMAN
bmacey@maceylaw.com

Quincy Erica Sauer
MACEY SWANSON & ALLMAN
qsauer@maceylaw.com